IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                              PLAINTIFF

v.                    No. 4:10-cr-315-DPM

MICHAEL BARNETT                                       DEFENDANT

ORDER

Four months ago, this Court entered a Preliminary Order of Forfeiture ordering Barnett to forfeit his interest in one Colt, model 1911, .45 caliber pistol, bearing serial number 101926. *Document No. 57.* The Order provided that it would become final as to Barnett at sentencing and would become a final order of forfeiture if no third party filed a timely claim to the property. The Court has sentenced Barnett; his forfeiture is reflected in this Court's 5 September 2012 Judgment. *Document No 61, at 6.* And no one has filed a claim to the property. The preliminary order has therefore ripened into a final order of forfeiture as to all persons. The Court confirms the United States' sole and clear title to the pistol and authorizes the U.S. Marshal (or his

designee) to dispose of the property according to law. Motion, *Document No. 60*, granted.

So Ordered.

*signature*

D.P. Marshall Jr.
United States District Judge

 10 September 2012